IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LARUAN J. MOORE,<br><br>　　　　　　　Defendant. | **8:08CR309**<br>**AND**<br>**8:09CR32**<br><br>**ORDER** |

This matter is before the Court on a Request for Transcript by a nonparty, Filing No. 43 in case 8:08CR309 and Filing No. 150 in case 8:09CR32. The request for the transcript is made by a non-party, Victor Moore, Sr., as to defendant, Laruan J. Moore. The request asks for the court reporter to transcribe the sentencing hearing dated June 29, 2009. The Court finds the request should be granted.

THEREFORE, IT IS ORDERED THAT:

1. The Request for Transcript (Filing No. 43 in case 8:08CR309 and Filing No. 150 in case 8:09CR32) is granted.

2. The nonparty petitioner, Victor Moore, Sr., must contact former court reporter Allan Kuhlman at agkuhlman@yahoo.com to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 43.

Dated this 23rd day of January, 2015

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge